1:D61 <u>CATS ON THE BAY CORP</u>
  Debtor

Case No. 1-21-42368
Reporting Period: 09/20/21-09/30/21

## STATEMENT OF OPERATIONS (Income Statement)

| INCOME | |
|---|---|
| Sales | CURRENT MONTH |
| Other Income (See Attached) | $ 51,498.00 |
| Total Income | |
| | $ 51,498.00 |
| **OPERATING EXPENSES** | |
| Advertising | |
| Auto and Truck Expense | $ 25.00 |
| Bank Charges | $ - |
| Subcontractor Services | $ 87.00 |
| Insurance Expenses | $ 21,552.00 |
| Office Expenses | $ 819.00 |
| Officer/Insider Compensation* | $ 3,189.00 |
| Payments to Credit Cards | $ 1,800.00 |
| Shipping | |
| Purchases | $ - |
| Repairs and Maintenance | $ 19,384.00 |
| Taxes-MTA | $ 1,250.00 |
| Taxes-Payroll | |
| Telephone | $ - |
| Transportation | $ - |
| Violations | $ - |
| Utilities | $ - |
| Other Expenses (See Attached) | |
| Total Operating Expenses Before Depreciation | $ 13,099.00 |
| Depreciation/Depletion/Amortization | $ 61,205.00 |
| Net Profit (Loss) Before Reorganization Items | $ - |
| | $ (9,707.00) |
| **REORGANIZATION ITEMS** | |
| Professional Fees | |
| U. S. Trustee Quarterly Fees | $ - |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ - |
| Gain (Loss) from Sale of Property | $ - |
| Other Reorganization Expenses (See Attached) | $ - |
| Total Reorganization Expenses | $ - |
| Net Profit (Loss) | $ (9,707.00) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Other Income | |
|---|---|
| Cash back rewards | CURRENT MONTH |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Other Income | $ - |

| Other Expenses | |
|---|---|
| Meals and Entertainment | CURRENT MONTH |
| Dues and Subscriptions | |
| Gas | $ 39.00 |
| Lease Payments | |
| Postage and Delivery | $ - |
| Tolls and parking | $ - |

.1:D61 <u>CATS ON THE BAY CORP</u>
Debtor

Case No.: 1-21-42368
Reporting Period: 09/20/21-09/30/21

| | |
|---|---|
| Computer and Internet Expenses | $ - |
| Sales tax paid | $ 13,060.00 |
| **Total Other Expenses** | **$ 13,099.00** |

| Other Reorganization Expenses | CURRENT MONTH |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| **Total Other Reorganization Expenses** | **$ -** |