---

**Fill in this information to identify the case:**

Debtor Name __CATS ON THE BAY INC__

United States Bankruptcy Court for the: Eastern District of New York

Case number: __1-21-42368__

☐ Check if this is an
amended filing

---

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | |
|---|---|---|
| Month: __MAY, 2022__ | Date report filed: | __06/22/2022__ |
| | | MM / DD / YYYY |
| Line of business: __RESTAURANT__ | NAISC code: | __722511__ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    ELINA KHANUKOV, OFFICER

Original signature of responsible party

Printed name of responsible party          ELINA KHANUKOV

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  CATS ON THE BAY INC                                    Case number  1-21-42368

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ ___586.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ ___7,460.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.          − $ ___481.00

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.          + $ ___6,979.00
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ ___7,565.00

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ ___0.00

    *(Exhibit E)*

Debtor Name  CATS ON THE BAY INC                                    Case number 1-21-42368

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                         $ _____ 0.00

      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                   3
27.  What is the number of employees as of the date of this monthly report?                       3

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 2,850.00
30.  How much have you paid this month in other professional fees?                              $ _____ 0.00
31.  How much have you paid in total other professional fees since filing the case?             $ _____ 1,950.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 7,000.00 | — | $ 7,460.00 | = | $ -460.00 |
| 33.  **Cash disbursements** | $ 4,000.00 | — | $ 481.00 | = | $ 3,519.00 |
| 34.  **Net cash flow** | $ 3,000.00 | — | $ 6,979.00 | = | $ -3,979.00 |

35.  Total projected cash receipts for the next month:                                         $ 7,000.00
36.  Total projected cash disbursements for the next month:                                   - $ 4,000.00
37.  Total projected net cash flow for the next month:                                        = $ 3,000.00

Debtor Name  CATS ON THE BAY INC

Case number 1-21-42368

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

In re  CATS ON THE BAY, INC                                    1-21-42368
　　　  **Debtor**                                              MAY, 2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| **ACCOUNT NUMBER (LAST 2)** | | | |
| CASH | $ | 586.00 | $ 586.00 |
| **RECEIPTS** | | | |
| Sales | $ | 7,460.00 | $ 7,460.00 |
| Accounts Receivable - Prepetition | $ | - | $ - |
| Accounts Receivable - Postpetition | $ | - | $ - |
| Additional Paid-In Capital | | | |
| Other Income (See Attached) | | | |
| TOTAL RECEIPTS | $ | 7,460.00 | $ 7,460.00 |
| **DISBURSEMENTS** | | | |
| Purchases | $ | - | $ - |
| Insurance Expenses | $ | 333.00 | $ 333.00 |
| Net Officer's Compensation | | | |
| Repairs and Maintenance | | | |
| Subcontractor Services | $ | - | $ - |
| Taxes-Other | $ | 89.00 | $ 89.00 |
| Taxes-Payroll | $ | 26.00 | $ 26.00 |
| Utilities | | | $ - |
| Payments to Unsecured Creditors | | | $ - |
| Other Expenses (See attached) | $ | 33.00 | $ 33.00 |
| Owner's Draw | | | $ - |
| Professional Fees | | | $ - |
| U.S. Quarterly Trustee Fees | | | $ - |
| Court Costs | $ | - | $ - |
| TOTAL DISBURSEMENTS | $ | 481.00 | $ 481.00 |
| | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ | 6,979.00 | $ 6,979.00 |
| | | | |
| CASH | $ | 7,565.00 | $ 7,565.00 |

## DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:
### (FROM "CURRENT MONTH ACTUAL" COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 481.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |

| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
|---|---|---|
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 481.00 |

| OTHER INCOME | 0 | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| **Total Other Income** | $ | - | $ | - |

| OTHER EXPNESES | 0 | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| Advertising | $ | - | $ | - |
| Auto & Truck Expenses | | | |
| Accounting | | | |
| Dues and Subscriptions | $ | - | $ | - |
| Bank Service Charge | $ | 33.00 | $ | 33.00 |
| Meals and Entertainment | | | $ | - |
| Cleaning | $ | - | $ | - |
| Office Expenses | $ | - | $ | - |
| Rent | | | |
| Tolls and Parking | | | $ | - |
| Shipping Expenses | $ | - | $ | - |
| Storage | $ | - | $ | - |
| Telephone Expenses | $ | - | $ | - |
| Transportation | | | $ | - |
| Travel Expenses | $ | - | $ | - |
| Licenses & Permits | | | $ | - |
| **TOTAL OTHER EXPENSES** | $ | 33.00 | $ | 33.00 |

A1:D61  CATS ON THE BAY, INC                                    **Case No.**
    Debtor                                         **Reporting Period:**

**STATEMENT OF OPERATIONS** (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | | CURRENT MONTH |
|---|---|---|
| Sales | $ | 7,460.00 |
| Other Income (See Attached) | | |
| Total Income | $ | 7,460.00 |
| **OPERATING EXPENSES** | | |
| Advertising | $ | - |
| Auto and Truck Expense | $ | - |
| Bank Charges | $ | 33.00 |
| Subcontractor Services | $ | - |
| Insurance Expenses | $ | 333.00 |
| Office Expenses | | |
| Officer/Insider Compensation* | $ | - |
| Payments to Credit Cards | $ | - |
| Shipping | $ | - |
| Purchases | $ | 4,020.00 |
| Repairs and Maintenance | $ | - |
| Taxes-corp | $ | 89.00 |
| Taxes-Payroll | $ | 26.00 |
| Telephone | $ | - |
| Transportation | $ | - |
| Violations | $ | - |
| Utilities | $ | - |
| Other Expenses (See Attached) | $ | - |
| Total Operating Expenses Before Depreciation | $ | 4,501.00 |
| Depreciation/Depletion/Amortization | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | 2,959.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ | - |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ | - |
| Gain (Loss) from Sale of Property | $ | - |
| Other Reorganization Expenses (See Attached) | $ | - |
| Total Reorganization Expenses | $ | - |
| Net Profit (Loss) | $ | 2,959.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Other Income | | CURRENT MONTH |
|---|---|---|
| Cash back rewards | $ | - |
| | $ | - |
| | $ | - |
| | $ | - |
| Total Other Income | $ | - |

| Other Expenses | | CURRENT MONTH |
|---|---|---|
| Accounting | | |
| Dues and Subscriptions | | |
| Gas | $ | - |
| Licenses & Permits | $ | - |

1-21-42368

MAY, 2022

revenue

| | | |
|---|---|---|
| Postage and Delivery | $ | - |
| Tolls and parking | $ | - |
| Computer and Internet Expenses | $ | - |
| Cleaning | | |
| Rent | $ | - |
| Sales tax paid | $ | - |
| **Total Other Expenses** | **$** | **-** |

| Other Reorganization Expenses | CURRENT MONTH | |
|---|---|---|
| | $ | - |
| | $ | - |
| | $ | - |
| | $ | - |
| **Total Other Reorganization Expenses** | **$** | **-** |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** CATS ON THE BAY, INC
  **Debtor**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE ON |
|---|---|
| **CURRENT ASSETS** | |
| Unrestricted Cash and Equivalents | $ 7,565.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | $ - |
| Accounts Receivable (Net) | $ - |
| Notes Receivable | $ - |
| Prepaid Expenses | $ 4,200.00 |
| Inventory | $ 36,923.00 |
| Other Current Assets *(See Attached)* | |
| *TOTAL CURRENT ASSETS* | $ 48,688.00 |
| **PROPERTY & EQUIPMENT** | |
| Vehicles | $ - |
| Machinery and Equipment | $ - |
| Furniture, Fixtures and Office Equipment | $ 90,471.00 |
| Leasehold Improvements | $ - |
| Less: Accumulated Depreciation | $ - |
| *TOTAL PROPERTY & EQUIPMENT* | $ 90,471.00 |
| **OTHER ASSETS** | |
| Amounts due from Insiders* | $ - |
| Other Assets *(See Attached)* | $ - |
| *TOTAL OTHER ASSETS* | $ - |
| *TOTAL ASSETS* | $ 139,159.00 |

| LIABILITIES AND OWNER EQUITY | |
|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | |
| Accounts Payable | $ - |
| Customer Deposits | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | $ - |
| Notes Payable | $ - |
| Rent / Leases - Building/Equipment | $ - |
| Secured Debt / Adequate Protection Payments | $ - |
| Professional Fees | $ - |
| Amounts Due to Insiders* | $ - |
| Other Post-petition Liabilities *(See Attached)* | $ - |
| *TOTAL POST-PETITION LIABILITIES* | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | |
| Secured Debt | $ - |
| Priority Debt | $ - |
| Unsecured Debt | $ 738,400.00 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 738,400.00 |
| *TOTAL LIABILITIES* | $ 738,400.00 |
| **OWNERS' EQUITY** | |
| Owner's Equity Account | $ 1,000.00 |
| Additional paid-in Capital | $ 1,186,705.00 |
| Retained Earnings - Pre-Petition | $ (1,753,908.00) |
| Retained Earnings - Post-petition | $ (31,206.00) |
| Adjustments to Owner Equity *(See Attached)* | |
| Net income | $ (1,832.00) |
| Post-petition Contributions *(See Attached)* | |
| *NET OWNERS' EQUITY* | $ (599,241.00) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 139,159.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET – continuation section**

| ASSETS | BOOK VALUE ON |
|---|---|
| **Other Current Assets** | |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Other Current Assets | $ - |
| | |
| **Other Assets** | |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Other Assets | $ - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE ON |
|---|---|
| **Other Post-petition Liabilities** | |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Other Post-petition Liabilities | $ - |
| | |
| **Adjustments to Owner's Equity** | |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Adjustments to Owner's Equity | $ - |
| | |
| **Post-Petition Contributions** | |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Post-Petition Contributions | $ - |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re   CATS ON THE BAY, INC                                       **Case No.**
        **Debtor**                                              **Reporting Period:**

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified s

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| *CURRENT ASSETS* | |
| Unrestricted Cash and Equivalents | 7565 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | |
| Accounts Receivable (Net) | |
| Notes Receivable | |
| Inventories | 36923 |
| Prepaid Expenses | 4200 |
| Professional Retainers | |
| Other Current Assets *(attach schedule)* | |
| *TOTAL CURRENT ASSETS* | 48688 |
| *PROPERTY & EQUIPMENT* | |
| Real Property and Improvements | |
| Machinery and Equipment | |
| Furniture, Fixtures and Office Equipment | 90471 |
| Leasehold Improvements | |
| Vehicles (Net of Depreciation) | |
| | |
| *TOTAL PROPERTY & EQUIPMENT* | 90471 |
| *OTHER ASSETS* | |
| Amounts due from Insiders* | |
| Other Assets *(attach schedule)* | |
| *TOTAL OTHER ASSETS* | |
| *TOTAL ASSETS* | 139159 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | |
| Accounts Payable | |
| Taxes Payable *(refer to FORM MOR-4)* | |
| Wages Payable | |
| Notes Payable | |
| Rent / Leases - Building/Equipment | |
| Secured Debt / Adequate Protection Payments | |
| Professional Fees | |
| Amounts Due to Insiders* | |
| Other Post-petition Liabilities *(attach schedule)* | |
| *TOTAL POST-PETITION LIABILITIES* | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | |
| Secured Debt | |
| Priority Debt | |
| Unsecured Debt | 738400 |
| *TOTAL PRE-PETITION LIABILITIES* | 738400 |
| *TOTAL LIABILITIES* | 738400 |
| *OWNERS' EQUITY* | |

**1-21-42368**

**MAY, 2022**

eparately from post-petition obligations.

| BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|
| 586 | 26505 |
| | |
| | |
| 40943 | 20844 |
| 4200 | 4200 |
| | |
| 45729 | 51549 |
| | |
| 90471 | 90471 |
| | |
| 90471 | 90471 |
| | |
| | |
| 136200 | 142020 |

| BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 738400 | 738400 |
| 738400 | 738400 |
| 738400 | 738400 |

| | |
|---|---|
| Capital Stock | 1000 |
| Additional Paid-In Capital | 1186705 |
| Partners' Capital Account | |
| Owner's Equity Account | |
| Retained Earnings - Pre-Petition | -1753908 |
| Retained Earnings - Post-petition | -31206 |
| Net Income | -1832 |
| Adjustments to Owner Equity *(attach schedule)* | |
| Post-petition Contributions *(attach schedule)* | |
| *NET OWNERS' EQUITY* | -599241 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 139159 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| Other Current Assets | |
| | |
| | |
| | |
| | |
| | |
| Other Assets | |
| | |
| | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| Other Post-petition Liabilities | |
| | |
| | |
| | |
| | |
| | |
| Adjustments to Owner's Equity | |
| | |
| | |
| Post-Petition Contributions | |
| | |
| | |
| | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund c
Typically, restricted cash is segregated into a separate account, such as an escrow ac

| | |
|---|---|
| 1000 | 1000 |
| 1186705 | 1156528 |
| | |
| | |
| -1753908 | -1753908 |
| -31206 | |
| -4791 | |
| | |
| | |
| | |
| -602466 | -596380 |
| 136200 | 142020 |

| BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | BOOK VALUE ON PETITION DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

perations.
count.

 **Bank**

America's Most Convenient Bank®

I          STATEMENT OF ACCOUNT

 

CATS ON THE BAY CORP
DIP CASE 21-42368 EDNY
2027 EMMONS AVE
BROOKYLN NY 11235

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | May 01 2022-May 31 2022 |
| Cust Ref #: | ***I-*** |
| Primary Account #: | 7272 |

## Chapter 11 Checking

CATS ON THE BAY CORP
DIP CASE 21-42368 EDNY

Acc7272

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 610.29 | Average Collected Balance | 1,551.97 |
| Deposits | 7,460.57 | Interest Earned This Period | 0.00 |
| Other Credits | 180.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 295.39 | Days in Period | 31 |
| Electronic Payments | 365.52 | | |
| Ending Balance | 7,589.95 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $1,155.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | DEPOSIT | 7,460.57 |
| | Subtotal: | 7,460.57 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/23 | RETURNED ITEM | 180.00 |
| | Subtotal: | 180.00 |

**Checks Paid**     No. Checks: 3     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/20 | 533 | 180.00 | 05/26 | 566 | 26.06 |
| 05/18 | 565* | 89.33 | | | |
| | | | | Subtotal: | 295.39 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | CCD DEBIT, MERCHANT SERVICE MTHLY DI███ ███████4735 | 21.96 |
| 05/06 | CCD DEBIT, MERCHANT SERVICE MERCH CHBK ███████4735 | 10.79 |
| 05/16 | DEBIT CARD PURCHAS███ ███ ███ 1381, AUT 051422 VISA DDA PUR STATE FARM INSURANC███ ████████5310 * IL | 332.77 |
| | Subtotal: | 365.52 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | 7,589.95 |
| ❷ | Total Deposits + | |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals | |
| ❺ | Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

CATS ON THE BAY CORP
DIP CASE 21-42368 EDNY

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | May 01 2022-May 31 2022 |
| Cust Ref #: | -I-*** |
| Primary Account #: | 7272 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 610.29 | 05/18 | 155.44 |
| 05/02 | 588.33 | 05/20 | -24.56 |
| 05/06 | 577.54 | 05/23 | 155.44 |
| 05/16 | 244.77 | 05/26 | 7,589.95 |



**TD Bank**
America's Most Convenient Bank®

CATS ON THE BAY CORP
DIP CASE 21-42368 EDNY



#533          05/20          $180.00



#533          05/20          $180.00



#565          05/18          $89.33



#565          05/18          $89.33



#566          05/26          $26.06



#566          05/26          $26.06